# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. __EDCV13-01869-VAP(SPx)__     Date __November 26, 2013__

Title: __Sandra Robertson et al v. LCS Financial Services Corp, et al__

Present: The Honorable __VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE__

|                Ann Duke                |                 n/a                  |
|:--------------------------------------:|:------------------------------------:|
|              Deputy Clerk              |       Court Reporter / Recorder      |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Proceedings:    ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☒ Case settled but may be reopened if settlement is not consummated within __60__ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer     adu